RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
William_Carrico@fd.org

Attorney for TIMOHTHY J. WALKER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TIMOTHY J. WALKER,<br><br>               Defendant, | Case No.:  16-CR-042-JAD-PAL<br><br>**STIPULATION TO MODIFY**<br>**CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene Valladares, Federal Public Defender, and WILLIAM CARRICO, Assistant Federal Public Defender, counsel for TIMOTHY J. WALKER, that this Court amend the conditions of Pretrial Release.

This Stipulation is entered into for the following reasons:

1) On February 11, 2016, the Defendant, Timothy Jason Walker appeared before the Court (Leen, J.), for an initial appearance and bail hearing.  He was released on his own recognizance and Pretrial Supervision and several conditions.  The Pretrial Officers have visited Mr. Walker's residence, which is the home of his mother and step-father.  As a consequence of Pretrial Services visit, certain aspects of Mr. Walker's living situation have been verified.  As a consequence, the Parties have

agreed to ask the Court to consider amending certain conditions of Mr. Walker's conditions to reflect the situation as it is now known.

2) In order to comply with the condition that he seek and maintain employment, it is believed that potential employers may require that he use a work computer to apply for a position, and clock into and out of, his place of employment. Therefore the Parties jointly request that *Condition #54 be modified by lining out the words "place of employment," and that Conditions #55 be added,* which would amend from requiring a total prohibition, to instead instruct that the "defendant may only use authorized computer systems at his place of employment for employment purposes."

3) *Furthermore, after* having verified that all devices and desktop computers within the residence are password protected, the Parties ask that the Court *modify Co*ndition #74, which would require "all wifi and internet access" to be terminated within 48 hours, *read instead that all internet and WiFi access must remain password protected, and the Defendant is not to have access to the password or the systems.*

DATED March 2, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States Attorney |
| By: */s/ William Carrico*<br>    WILLIAM CARRICO<br>    Asst. Federal Public Defender | By: */s/ Cristina Silva for*<br>    LISA CARTIER-GIROUX<br>    Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-042-JAD-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| TIMOTHY J. WALKER,, | |
| Defendant. | |

IT IS HEREBY ORDERED, that this Court amend the conditions as the Parties jointly request that Condition #56 be replaced by #55, which would amend from requiring a total prohibition, to instead instruct that the "defendant may only use authorized computer systems at his place of employment for employment purposes and remove Condition number 74, which would require "all wifi and internet access" to be terminated within 48 hours.

DATED __10th__ day of _____March_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3