RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 3042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
William_Carrico@fd.org

Attorney for Timothy J. Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>TIMOTHY J. WALKER,<br><br>                    Defendant. | Case No. 16-CR-042-JAD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for Timothy J. Walker, that the Sentencing Hearing currently scheduled on October 17, 2016 at 9:00 a.m., be vacated to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. The defendant is not in custody and agrees with the need for the continuance.

2. Counsel for the Government will be in trial during the scheduled hearing and needs additional time to prepare.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 5th day of June, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By  /s/ William Carrico<br>WILLIAM CARRICO<br>Assistant Federal Public Defender | By /s/ Elham Roohani<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY J. WALKER,<br><br>　　　　Defendant. | Case No. 16-CR-042-JAD-PAL<br><br>**ORDER** |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, October 17, 2016 at 9:00 a.m., be vacated and continued to December 5, 2016 at the hour of 1:30 p.m.

DATED this 5th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE