RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Timothy J. Walker

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY J. WALKER,<br><br>　　　　　Defendant. | Case No. 2:16-CR-042-JAD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Timothy J. Walker, that the Sentencing Hearing currently scheduled on February 6, 2017 at 10:00 a.m., be vacated and continued to March 7, 2017 at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1.　　The defendant is out of custody and does not oppose the continuance.

2.　　Counsel was recently assigned to this case and needs additional time to review the case, to prepare a sentencing memorandum, and to prepare for the sentencing hearing.

3.　　Denial of this request for continuance could result in a miscarriage of justice.

4.      The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 26th day of January, 2017.

RENE L. VALLADARES                    DANIEL G. BOGDEN
Federal Public Defender               United States Attorney


By  */s/ Nisha Brooks-Whittington*____    By */s/ Elham Roohani*_____
NISHA BROOKS-WHITTINGTON              ELHAM ROOHANI
Assistant Federal Public Defender     Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-042-JAD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| TIMOTHY J. WALKER, | |
| Defendant. | |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, February 6, 2017 at 10:00 a.m., be vacated and continued to March 7, 2017 at the hour of 10:00 a.m.

DATED this 27th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

3